# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**ROBERT PRESTON FOXWORTH,**

    Plaintiff,

vs.                                                    CASE NO. 1:07CV161-MP/AK

**KEITH MCCRAY,**

    Defendant.

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendant's Motion to Extend Time to respond to the complaint. (Doc. 11). Having considered said motion, the court is of the opinion that it should be **GRANTED**, and Defendant shall have thirty days from this date or through **May 9, 2008**, to respond to the complaint.

**DONE AND ORDERED** on the  **9th** day of April, 2008.

                                              s/ A. KORNBLUM
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**